Chanda L. Williams
13326 Puritas Avenue
Cleveland, Ohio 44135



July 14, 2015

Judge James S. Gwin
Cuyahoga County Court
2 South Main Room 568
Akron, Ohio 44308

Re:  Expungement for Chanda L. Williams

Dear Judge Gwin,

This letter is a formal request to have an arrest removed from my record.  Enclosed is a copy of my record.  The case number is #09CR294.  I was arrested in February of 2008 for owning and possessing a counterfeit security.  This occurred when I was 26 years old. A former friend talked me into participating in this illegal scheme.  I soon realized this was not a smart thing for me to have done.  I am truly sorry for my involvement in this crime.  After being convicted of this offense I was ordered to serve a two year probation which I have successfully served.  I made a vow to never to do anything again that would cause me to do something illegal. I can proudly say I have kept that vow.  I have turned my life around.  I applied for a job at the Gap and worked there from 2008 until they closed the location I worked at in 2014.  I received recognition for 5 years of faithful service while working there.  I also took on a second employment with Lucky's Shoes in February of 2008.  I am a Vera Bradley/Brighton Sales Specialist, being cross trained in other areas, and I am a cashier. I am still employed with them.  I have also, volunteered at Camp Cheerful.  Currently I am taking GED classes at Polaris School in Middleburg Heights.  I have passed one section of the course and will continue to study until I complete and accomplish receiving my GED.  I am also proud to say I applied for a car loan and was approved to be able to purchase a new car.
 I would love to be able to enrich my life with a career in which I have more opportunity to advance.  I have applied at several locations and been called back for second interviews but unfortunately was denied employment with the felony conviction on my record.  My big dream is to have a better job and work towards goals I have set for myself to make a better future.  I do not want to be denied due to a very bad choice I made many years ago.  This is the purpose of this letter, to ask for the felony to be expunged from my record to help me better myself, I am not the same person I was in 2008.  I strive every day to be a better person and I will continue to follow a positive path in my life.
Thank you for your kind consideration in this matter.  If there are any questions or if you would like to contact me I can be reached at 216-647-7744 or at channy0210@gmail.com.

Sincerely,


Chanda L. Williams